**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EMILY BARRY** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-1428** |
| | : | |
| **THOMAS JEFFERSON** | : | |
| **HOSPITALS, INC.** | : | |

### <u>ORDER</u>

This 7th day of April, 2026, upon consideration of Defendant's Motion for Summary Judgment, ECF 19, and Plaintiff's Opposition thereto, ECF 21, it is **ORDERED** that Defendant's Motion is **GRANTED** for the reasons stated in the accompanying memorandum.

      /s/ Gerald Austin McHugh
      United States District Judge